FILED
APR 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8323

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
|  | ) Importation of a Controlled Substance |
| Jesus De Los SANTOS | ) (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about April 11, 2008, within the Southern District of California, defendant Jesus De Los SANTOS did knowingly and intentionally import approximately 49.84 kilograms (109.64 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Lance Swanson
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th, DAY OF APRIL 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Jesus De Los SANTOS

## PROBABLE CAUSE STATEMENT

I, Special Agent Lance Swanson, declare under penalty of perjury, the following is true and correct:

On April 11, 2008 at approximately 1830 hours, Jesus De Los SANTOS entered the United States at the Calexico, California, West Port of Entry. SANTOS was the sole occupant driver and owner of a white 1993 Oldsmobile Cutlass Supreme.

During the pre-primary inspection Customs and Border Protection Officer (CBPO) R. Huerta received a negative Customs Declaration from SANTOS. SANTOS stated the vehicle belonged to him and that he was in Mexicali visiting his fiancé. CBPO R. Huerta conducted a density check on the quarter panels of the vehicle using a "Buster" Density Meter and received an unusually high reading.

CBPO R. Huerta requested CBP K-9 Officer J. Jones screen the vehicle with his Narcotics Detection Dog (NDD). CBP K-9 Officer J. Jones received an alert from his NDD on the floor of the vehicle. SANTOS and the vehicle were referred to secondary inspection.

Upon further inspection in the vehicle secondary lot, CBPO J. Burgueno discovered forty-three (43) packages in quarter panels and floor of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 43 packages had a combined net weight of approximately 49.84 kilograms (109.64 pounds).

SANTOS was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. SANTOS stated to Special Agent Swanson he was going to be paid $1,200.00 to smuggle marijuana into the United States.

Executed on 04/12/08 @ 6:41 pm

_Lance Swanson_
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant Jesus DeLos Santos named in this probable cause statement committed the offense on April 11, 2008 in violation of Title 21, United States Code, Sections 952 & 960.

_Barbara L. Major_
United States Magistrate Judge

4/12/08 at 10:15 PM
Date/Time