FILED
MAY - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESUS DE LOS SANTOS,<br><br>  Defendant. | Criminal Case No. 08CR1509-DMS<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about April 11, 2008, within the Southern District of California, defendant JESUS DE LOS SANTOS, did knowingly and intentionally import approximately 49.84 kilograms (109.64 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 8, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Carla J. Bressler*
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
5/8/08