| | |
|---|---|
| 1 | **ROSELINE D. FERAL** |
|   | *Attorney at Law* |
| 2 | State Bar No.128788 |
|   | 444 West "C" Street |
| 3 | Suite310 |
|   | San Diego, California 92101 |
| 4 | Telephone: (619) 232-1010 |
|   | Facsimile:  (619) 231-2505 |
| 5 | |
|   | Attorney for Defendant |
| 6 | **JESUS DE LOS SANTOS** |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR1509-DMS |
| Plaintiff, | **JOINT MOTION TO CONTINUE** |
| vs. | **SENTENCING AND ORDER** |
| JESUS DE LOS SANTOS, | |
| Defendant. | |

**TO: PLAINTIFF, UNITED STATES OF AMERICA, AND ITS ATTORNEY OF RECORD, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

It is hereby stipulated between the government, by and through its counsel, Fred Sheppard,  and defense counsel, ROSELINE D. FERAL, that the hearing date on defendants' probation hearing and sentencing presently set for Auguat 29, 2008, at 9:00 a.m. be continued to October 3, 2008 at 9:00 a.m.

///

///

///

1

1  Dated: August 11, 2008                  *s/ Roseline D. Feral*
                                           ROSELINE D. FERAL
2                                          Attorney for JESUS DE LOS SANTOS

3
   Dated: August 11, 2008                  *S/ Fred Sheppard*
4                                          Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28