UNITED STATES v. **JESUS DE LOS SANTOS**
District Court Number: 08CR1509-DMS

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of San Diego County located in the Southern District of California. I am over the age of 18 years and not a party to the within action. My office address is 444 West C Street, Suite 310, San Diego, California 92101.

On August 27, 2008, I personally caused service of STIPULATION TO CONTINUE PROBATION HEARING AND SENTENCING DATE by electronically filing the foregoing with the Clerk of the District Court using the ECF System, which electronically notifies the following parties:

FRED SHEPPARD
ASSISTANT UNITED STATES ATTORNEY
880 Front Street, Suite 6293
San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of August, 2008, at San Diego, California.

        s/ Roseline D. Feral
        ROSELINE D. FERAL