**ROSELINE D. FERAL**
*Attorney at Law*
State Bar No.128788
444 West "C" Street
Suite310
San Diego, California 92101
Telephone: (619) 232-1010
Facsimile:  (619) 231-2505

Attorney for Defendant
**JESUS DE LOS SANTOS**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>vs.<br><br>JESUS DE LOS SANTOS,<br>         Defendant. | Case No.: 08CR1509-DMS<br><br>**ORDER TO CONTINUE SENTENCING** |

## ORDER

GOOD CAUSE APPEARING THEREFORE, **IT IS HEREBY ORDERED** that the Probation Hearing and Sentencing date currently set for August 29, 2008, at 9:00 a.m. be continued to October 3, 2008, at 9:00 a.m..

DATED:  August 27, 2008

_____
HON. DANA M. SABRAW
United States District Judge

1